

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00884-CR

**EX PARTE Thomas A. PENA**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12630-W1
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order denying the application for writ of habeas corpus is AFFIRMED.

SIGNED December 16, 2015.

Marialyn Barnard, Justice